John D. W. CASSADA, T. Cornell Berry, John R. Eggleston, and Edwin C. Kellam, Appellants,

v.

Philip L. RUSSO, Trustee in Bankruptcy, and Charles C. Skinner and W. Howard Walker, Appellees.

In the Matter of Hacienda Motel, Incorporated, Bankrupt.

No. 9879.

United States Court of Appeals Fourth Circuit.

Argued May 6, 1965.

Decided May 14, 1965.

William L. Parker, Norfolk, Va., for appellants.

Montgomery Knight, Jr., Norfolk, Va. (Doumar, Pincus, Anderson & Knight, Norfolk, Va., on brief), for appellee W. Howard Walker.

P. A. Agelasto, Jr., Norfolk, Va., for appellee Charles C. Skinner.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and J. SPENCER BELL, Circuit Judges.

PER CURIAM.

Upon a careful review of the record and the briefs and arguments of counsel in this court, we are of the opinion that the decision of the district court, which affirmed the rulings of the referee in bankruptcy pertaining to the claims involved on this appeal, should be affirmed.

Affirmed.

GENERAL INSURANCE COMPANY OF AMERICA, Appellant,

v.

The TRAVELERS INDEMNITY COMPANY and Joseph E. Legg, Appellees.

No. 21593.

United States Court of Appeals Fifth Circuit.

June 1, 1965.

James A. Bagwell, Atlanta, Ga., for appellant.

Florence Hewlett Dendy, Sam D. Hewlett, Jr., Atlanta, Ga., Hewlett & Ward, Atlanta, Ga., for appellee Legg.

Greene, Neely, Buckley & DeRieux, Burt DeRieux, James A. Eichelberger, Atlanta, Ga., for appellee Travelers Indemnity Co.

Before TUTTLE, Chief Judge, and EDGERTON,* and SMITH,** Circuit Judges.

PER CURIAM.

The jury disposed of the only issues of fact in this case. Appellant was not entitled to a directed verdict against either of the appellees. No error in law as to the submission of the case to the jury appearing, there the matter ends.

The judgment is affirmed.

* Senior Circuit Judge of the D. C. Circuit, sitting by designation.

** Of the Third Circuit, sitting by designation.